1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

HEATHER BARDEN,

Case No.  2:24-cv-00419-WBS-AC

12

Plaintiff,

**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**

13

v.

14

EQUIFAX INFORMATION SERVICES, LLC and DOES 1-10, inclusive,

Senior Judge William B. Shubb

15

Magistrate Judge Allison Claire

Defendant.

16
17
18

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for

19

Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause

20

shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to

21

and including February 27, 2024 in which to respond to Plaintiff's Complaint.

22

**IT IS SO ORDERED**.

23

Dated:  February 12, 2024

24
25

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

26
27
28

307742925v.1